# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL HALMANDY, *et al.* | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-2385 (ESH) |
| BARACK OBAMA, *et al.*, | ) (Mohammed, ISN 570) |
| Respondents. | ) |

## ORDER

Upon consideration of the matters discussed during a classified proceeding held on August 12, 2009, and for the reasons stated during that proceeding, it is hereby **ORDERED** that:

1) petitioner's counsel shall submit to the Court a proposed order regarding counsel's planned August 25-27, 2009 visit with petitioner;

2) respondents shall file a declassified statement of material facts on or before August 20, 2009;

3) respondents shall file a status report regarding their ability to search the source materials identified during the hearing as "Category 2" documents on or before August 20, 2009;

4) petitioner shall, after first consulting with respondents, make any discovery motions pursuant to Paragraph I.E.2 of the Case Management Order issued in *In re Guantanamo Bay Detainee Litig.*, Misc. No. 08-442-TFH (Nov. 6, 2008) (Dkt. 940), *amended by* Order, Misc. No. 08-442-TFH (Dec. 16, 2008) (Dkt. 1315), on or before September 4, 2009, and respondents shall file their opposition on or before September 18, 2009;

1

5) respondents shall produce to petitioner's counsel all responsive documents located among the 800 documents located in agency sub-folders, identified during the hearing as "Category 1" documents, on or before September 18, 2009;

6) respondents shall file any motion to amend their statement of materials facts on or before September 21, 2009; and

7) a further status conference is set for October 2, 2009 at 10:30 a.m.

**S**O **ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE:  August 12, 2009

2